

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.P. and S.P., Children,
Appellant

No. 06-13-00073-CV

Appeal from the 321st District Court of Smith County, Texas (Tr. Ct. No. 11-2679-D). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Robert Phillips, pay all costs of this appeal.

RENDERED DECEMBER 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk